UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDICHECH BADREI, | |
|---|---|
| Plaintiff, | Case No. 16-cv-00649-JST |
| v. | **SCHEDULING ORDER** |
| TARGET CORPORATION, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | June 15, 2016 |
| Fact discovery cut-off | November 14, 2016 |
| Expert disclosures | November 30, 2016 |
| Expert rebuttal | December 16, 2016 |
| Expert discovery cut-off | January 13, 2017 |
| Deadline to file dispositive motions | January 27, 2017 |
| Pretrial conference statement due | April 11, 2017 |
| Pretrial conference | April 21, 2017 at 2:00 p.m. |
| Trial | May 15, 2017 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Five |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Case Management Conference currently scheduled for June 1, 2016 is VACATED.

IT IS SO ORDERED.

Dated:  May 23, 2016



JON S. TIGAR
United States District Judge