United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDICHECH BADREI,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Case No.  16-cv-00649-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: Dkt. No. 17

The parties have filed a stipulation of dismissal dated August 3, 2016, stating that they have agreed to a settlement of this action.  ECF No. 17.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 3, 2016

_____

JON S. TIGAR

United States District Judge